(9 Misc. Rep. 170.)

MONROE–MILLER CO. v. STOKES.

(Common Pleas of New York City and County, General Term. June 27, 1894.)

APPEAL—FROM CITY COURT TO COMMON PLEAS—INTERLOCUTORY JUDGMENT.
    A judgment of the general term of the city court of New York affirming a judgment of the special term sustaining a demurrer to the complaint, the remaining issues tendered by the pleadings being untried, is interlocutory, and therefore not appealable to the court of common pleas.

Appeal from city court, general term.
Action by the Monroe-Miller Company against Edward S. Stokes. From a judgment of the city court (27 N. Y. Supp. 940) affirming a judgment sustaining a demurrer to the answer, defendant appeals. Dismissed.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

John Delahunty, for appellant.
Wm. H. Shepard, for respondent.

BISCHOFF, J. The answer, besides denying the alleged conversion, interposed a counterclaim for rent. A judgment at special term, sustaining the demurrer to the counterclaim, was affirmed at general term of the court below, and from the judgment of affirmance defendant has attempted to appeal to this court. The remaining issues tendered by the pleadings are untried, and that judgments of the character alluded to are severally interlocutory was ruled in Biershenk v. Stokes (Com. Pl. N. Y.) 18 N. Y. Supp. 854. An appeal to this court from a judgment of the city court of New York may be taken only when the judgment is final and was rendered upon an appeal to the general term. Code Civ. Proc. § 3191, subd. 1. The appeal must be dismissed, with costs.